No. 72–761.  UNITED STATES *v.* McGRATH.  C. A. 7th Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *United States* v. *Russell,* 411 U. S. 423 (1973).

No. D–10.  IN RE DISBARMENT OF KIRTZ.  It is ordered that Frank G. Kirtz, of St. Louis, Missouri, be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. A–1034.  RUDERER *v.* JOHNSON.  Application for equitable relief by injunction and enforcement of orders, etc., denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this application.

No. 35, Orig.  UNITED STATES *v.* MAINE ET AL.  Motion of Commonwealth of Massachusetts for preliminary injunction denied.  MR. JUSTICE DOUGLAS would grant the preliminary injunction.  [For earlier orders herein, see, *e. g.,* 408 U. S. 917.]

No. 72–700.  HERNANDEZ ET AL. *v.* VETERANS' ADMINISTRATION ET AL.  C. A. 9th Cir.  Certiorari granted, 411 U. S. 981.  Motion of petitioners for leave to proceed on original record granted.

No. 72–936.  UNITED STATES *v.* ROBINSON.  C. A. D. C. Cir.  [Certiorari granted, 410 U. S. 982.]  Motion of Americans for Effective Law Enforcement, Inc., et al., for leave to file a brief as *amici curiae* in support of petitioner granted.